# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRUSTEES OF THE U.A. LOCAL 38 DEFINED BENEFIT PENSION PLAN,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **TRUSTEES OF THE PLUMBERS AND PIPE FITTERS NATIONAL PENSION FUND,** *et al.*, <br><br> Defendants. | Case No.: 13-CV-5528 YGR <br><br> **ORDER SETTING HEARING ON MOTION TO DISMISS** |

On January 21, 2014, Defendants filed a motion to dismiss for lack of jurisdiction in the instant case. (Dkt. No. 17.) Plaintiffs filed their response on February 4, 2014 (Dkt. No. 20.), to which Defendants filed their reply on February 11, 2014 (Dkt. No. 24). The hearing on Defendants' motion to dismiss is currently set for March 18, 2014.

On February 21, 2014, Plaintiffs filed a motion to strike part of Defendants' reply and set the hearing on that motion for April 1, 2014. (Dkt. No. 29.)

To enable the Court to consider both the motion to dismiss and the motion to strike simultaneously, the Court hereby sets the hearing on Defendants' motion to dismiss for April 1, 2014.

This terminates Docket No. 28.

**IT IS SO ORDERED**.

Date: February 28, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**