# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRUSTEES OF THE U.A. LOCAL 38 DEFINED BENEFIT PENSION PLAN**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**TRUSTEES OF THE PLUMBERS AND PIPE FITTERS NATIONAL PENSION FUND,** *et al.***,**<br><br>Defendants. | Case No.: 13-CV-5528 YGR<br><br>**ORDER REGARDING SUPPLEMENTAL BRIEFING FOLLOWING ORAL ARGUMENT** |

At a hearing on May 27, 2014, the parties to the instant action presented oral argument on Defendant Trustees of the Plumbers and Pipe Fitters National Pension Fund's ("National Plan") Motion to Dismiss (Dkt. No. 17). In response to arguments made during the hearing, the Court requested supplemental briefing on the following two issues:

1. Whether the "de facto participant" doctrine exists, and if so, how it applies to this motion and case; and
2. Identification of factual allegations in the Complaint supporting Local 38's position that the relationship between the Trustees of Local 38 and the National Plan's assets is fiduciary in nature.

Having reflected further on the issues raised by the pending motion, and the parties' joint admission that the underlying dispute will be resolved in the arbitration, the Court hereby further orders the parties to provide supplemental briefing on the application of the Federal Arbitration Act ("FAA") to this case. The parties shall provide argument concerning, but not limited to, the following topics: whether, and to what degree, the FAA applies to the underlying arbitration action

and whether the FAA permits this Court to preside over the instant declaratory judgment action. In support of their arguments, counsel shall provide case law and any statutory authority.

Plaintiff Trustees of Local 38 shall file a five-page page supplemental brief addressing the issues identified in this Order no later than June 10, 2014. Defendant National Plan shall have until June 20, 2014 to file its responsive five-page supplemental brief.

**IT IS SO ORDERED**.

Date: **May 29, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**